UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

AMBER BRUNET,

    Plaintiff,

v.                                       Case No. 18-cv-1267-pp

NANCY A. BERRYHILL,
Commissioner of the
Social Security Administration

    Defendant.

---

**ORDER APPROVING STIPULATION FOR REMAND (DKT. NO. 13), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. §405(g)**

---

On March 7, 2019, the parties filed a stipulation for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 13. The court **APPROVES** the stipulation for remand, and **ORDERS** that:

The case is **REMANDED** to the Commissioner of Social Security. On judicial remand, the Commissioner shall offer the claimant the opportunity to submit additional evidence and have a new hearing, take further action to complete the administrative record, and issue a new decision.

Dated in Milwaukee, Wisconsin this 7th day of March, 2019.

                                        **BY THE COURT:**

                                        _____
                                        **HON. PAMELA PEPPER**
                                        **United States District Judge**